**THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| LAVEL HUNTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08 CV 7467 |
| | ) | |
| JOHN ORMOND, MICHAEL GARZA, | ) | Judge Lindberg |
| BRIAN HOOD, JEFFREY MAYER, | ) | |
| GENELLE MICHON, and CITY OF | ) | Magistrate Judge Nolan |
| CHICAGO, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' MOTION *IN LIMINE* #2 TO BAR ALL NON-PARTY WITNESSES
FROM THE COURTROOM DURING TRIAL TESTIMONY**

Defendants, City of Chicago and Chicago Police Officers John Ormond, Michael Garza, Brian Hood, Jeffrey Mayer, and Genelle Michon, by and through their attorneys, Johnson & Bell, Ltd., respectfully move this Court, *in limine*, as follows:

Defendants move this Court to exclude all witnesses (other than the parties) from the courtroom during the opening statements and testimony of any and all other witnesses. Such an order is proper because it prevents the contamination of the testimony of potential witnesses. Fed.R.Evid. 615.

WHEREFORE, Defendants respectfully request this Court to grant Defendants' Motion *in Limine* #2 to Bar All Non-Party Witnesses From The Courtroom During Trial Testimony, and for any other relief deemed just and appropriate.

Respectfully submitted,

/s/ Brian P. Gainer
One of the Attorneys for the Defendants

Richard B. Levy
Frank P. Nowicki
Brian P. Gainer
Alexandria L. Bell
Johnson & Bell, Ltd.
33 W. Monroe, Suite 2700
Chicago, Illinois 60603
(312) 372-0770

THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

LAVELL HUNTER,

        Plaintiff,

v.

JOHN ORMOND, MICHAEL GARZA,
BRIAN HOOD, JEFFREY MAYER,
GENELLE MICHON, and CITY OF
CHICAGO

        Defendants.

No. 08 CV 7467

Judge Lindberg

Magistrate Judge Nolan

# CERTIFICATE OF SERVICE

TO:    Irene K. Dymkar
       300 West Adams, Suite 330
       Chicago, IL 60606-5107

     I hereby certify that on the 10th day of February, 2011, I electronically filed Defendants' Motion *in Limine* #2, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the above listed counsel.

                /s/ *Brian P. Gainer*
                One of the Attorneys for the Defendants

Richard B. Levy
Frank P. Nowicki
Brian P. Gainer
Alexandria L. Bell
JOHNSON & BELL, LTD.
33 W. Monroe, Suite 2700
Chicago, Illinois 60603
(312) 372-0770